# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                              Plaintiffs,

-against-                                           08 Civ.5044 (WCC)

                                                              **SUBSTITUTION OF ATTORNEY**

METRA INDUSTRIES CORPORATION,

                              Defendants.

-----------------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
July 28, 2008

                                                    Barnes, Iaccarino, Virginia,
                                                    Ambinder & Shepherd, PLLC

                                                    By: _____
                                                    Giacchino Russo, Esq.
                                                    258 Saw Mill River Road
                                                    Elmsford, NY 10523
                                                    (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE WILLIAM C. CONNER, U.S.D.J