UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                                          Index No. 08 CIV 5044 (WCC)

                      Plaintiffs,      VOLUNTARY NOTICE
                                          OF DISMISSAL

    -and-

METRA INDUSTRIES CORPORATION,

                      Defendant.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: August 25, 2008
       Elmsford, New York

                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC

                                          Giacchino J. Russo, Esq. (GR8313)
                                          Attorney for Plaintiffs
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515