**ORIGINAL**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,

                              Plaintiffs,

-against-                                        08 Civ.5044 (WCC)

**SUBSTITUTION OF ATTORNEY**

METRA INDUSTRIES CORPORATION,

ECF CASE

                              Defendants.

---------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
       August 2008

                                                    Barnes, Iaccarino, Virginia,
                                                    Ambinder & Shepherd, PLLC

                                                    By: _____
                                                   Giacchino Russo, Esq. (GR8313)
                                                    258 Saw Mill River Road
                                                    Elmsford, NY 10523
                                                    (914) 592-1515

SO ORDERED:

_William C. Conner_
HONORABLE JUDGE WILLIAM C. CONNER, U.S.D.J

Date: Sept. 3, 2008
White Plains, NY

E-COPIES MAILED TO COUNSEL OF RECORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING,
S.U.B., INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS,

            Plaintiffs,

   -against-              08 Civ. 5044 (KMK)

                      **AFFIDAVIT**
                      **PURSUANT TO**
                      **LOCAL CIVIL**
METRA INDUSTRIES CORPORATION,       **RULE 1.4**

               Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK   )
             ) ss.:
COUNTY OF WESTCHESTER )

   Giacchino James Russo, Esq., being duly sworn, deposes and says:

   1.  I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2.  Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3.  The Complaint and Rule 7.1 were filed on June 2, 2008 and no further action is currently scheduled.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney be granted.

Dated: Elmsford, New York
August 26, 2008

_____
Giacchino James Russo, Esq. (GR8313)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 26th day of
August, 2008

_____
Notary Public

EMILY ROSCIA
Notary Public, State of New York
No. 02-RO6093447
Qualified in Westchester County
Commission Expires September 29, 2011

F:\L373 Collections\Behrens\Rule 4.1 Affidavit.doc

2